IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MAURICE WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | 5:04-CV-5 (CAR) |
| vs. | : | |
| | : | |
| **LT. HALL,** | : | |
| | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 48] that Defendants' motion for summary judgment [Doc. 29] be **GRANTED**. No Objection to the Recommendation has been filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 15th day of June, 2005.


**s/ C. ASHLEY ROYAL**
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JLR/jec